FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

08 OCT 22 PM 3:18

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 4:08CR3141 |
| ) | |
| v. ) | **INDICTMENT** |
| ) | 18 U.S.C. § 2113(a) and (d) |
| PATRICK SCHROEDER, ) | 18 U.S.C. § 924 (c) and (d) |
| ) | |
| Defendant. ) | |

The Grand Jury charges:

## COUNT I

On or about the 20th day of January, 2006, in the District of Nebraska, the defendant, PATRICK SCHROEDER, did by force, violence and intimidation take and attempt to take from the person or presence of another, money, namely approximately Three Thousand and Three Hundred Twenty Eight Dollars ($3,328.00), belonging to and in the care, custody, control, management, and possession of the Bank of Steinauer, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation and in committing such offense, the defendant, PATRICK SCHROEDER, did assault and put in jeopardy the life of another person by the use of a dangerous weapon, that is a firearm.

In violation of Title 18, United States Code, Sections 2113(a) and 2113(d).

## COUNT II

On or about the 20th day of January, 2006, in the District of Nebraska, PATRICK SCHROEDER, the Defendant herein, did knowingly carry and use a firearm, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, the robbery of a bank as charged in Count I above;

In violation of Title 18, United States Code, Section 924(c).

## COUNT III

1. The allegations contained in Counts I and II of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offense in violation of Title 18, United States Code, Sections 2113(a) and 2113(d) and Title 18, United States Code, section 924(c) set forth in Counts I and II of this Indictment, the defendant PATRICK SCHROEDER, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved or used in the commission of the offense

3. If any of the property described above, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United Code, Section 2461(c).

All pursuant to Title 18, United States Code, Section 924(d) and Title 28 United States Code Section 2461(c).

A TRUE BILL.

FOREPERSON

JOE W. STECHER
United States Attorney

    The United States of America requests that trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

_____<br>
STEVEN A. RUSSELL<br>
Assistant U.S. Attorney

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
08 OCT 22 PM 3:18
OFFICE OF THE CLERK