IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 4:08CR3141 |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | **ADOPTION OF PRESENTENCE INVESTIGATION REPORT** |
| PATRICK WAYNE SCHROEDER, | ) ) | |
| Defendant. | ) | |

The Defendant, Patrick Schroeder, by and through his attorney, Michael J. Hansen, has no objections to the Presentence Investigation Report filed herein. The Defendant therefore adopts the report.

Dated this 10th day of November, 2009.

Respectfully submitted,

PATRICK WAYNE SCHROEDER, Defendant,


By  /s/ Michael J. Hansen
    **MICHAEL J. HANSEN**
    **Assistant Federal Public Defender**
    112 Federal Building
    100 Centennial Mall North
    Lincoln, NE 68508
    402-437-5871
    Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 10, 2009, I electronically filed the foregoing with the Clerk of Court, using the CM/ECF system, which sent notification of such filing to the following: Steve Russell, Assistant U.S. Attorney.

    /s/ Michael J. Hansen
    Michael J. Hansen