IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3141 |
| | ) | |
| V. | ) | |
| | ) | |
| PATRICK SCHROEDER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

Counsel are advised that I received the attached e-mail from the probation officer assigned to this case. The Bureau of Prisons requests clarification and an amendment of the judgment in this case making the federal sentence entirely concurrent or entirely consecutive. Realizing that the defendant is serving life without parole, and various other long state sentences,

IT IS ORDERED that the Clerk shall provide a copy of the e-mail to counsel. Further, unless a party objects by the close of business on February 21, 2010, I will thereafter enter an amended judgment running the state sentences described at paragraph 53 of the presentence report entirely concurrently with the federal sentence.

DATED this 9th day of February, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge